# EXHIBIT "A"

LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
(516) 826-6500
Salvatore LaMonica, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

EAST HARLEM PROPERTY HOLDINGS, LP     Chapter 11
                                                        Case No.:

         Debtor.
-------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL BANKRUPTCY RULE 1007(a)(1)

1. The following financial data is the latest available information and refers to the Debtor's condition on September 15, 2011:

| | |
|---|---:|
| a. Total Assets | Unknown |
| b. Total Debts- Approximately | $ 28,000,000.00 |
| c. Debt securities held by more than 500 holders. | 0.00 |
| d. Number of shares of preferred stock | 0.00 |
| e. Number of shares of common stock | 0.00 |

2. The Debtor is a limited partnership formed in Delaware on March 13, 2007. The Debtor owns 100% of the limited liability company membership interests in twenty-seven (27) special purpose entities (the "Special Purpose Entities"), which own, in the aggregate, approximately 1,200 residential units and 50 commercial units located within 47 buildings located in New York, New York (the "Real Properties"). The Real Properties are primarily located in areas bounded by

100th Street to the south, 188th Street to the north, Pleasant Avenue to the east and Park Avenue to the west.

3. The following persons directly or indirectly own, control or hold, 10% of the securities of the debtor:

| **Partners Name** | **Ownership Percentage** |
| --- | --- |
| East Harlem GP LLC | .01% General Partner |
| Harlem Housing LLC | 49% Limited Partner |
| East Harlem Property Investment Ltd. | 50.99% Limited Partner |

4. East Harlem Property Holdings LP is a limited partnership owned by its partners who consist of (a) East Harlem GP LLC, its general partner, owning a .01% interest, (b) Harlem Housing LLC as a limited partner, owning a 49% interest, and (c) East Harlem Property Investment Ltd, as a limited partner, owning a 50.99 % interest with no voting rights. Harlem Housing LLC is also the 100% member of East Harlem GP LLC, which is the general partner of East Harlem Property Holdings LP.

5. East Harlem Property Holdings LP is managed and controlled by its general partner, East Harlem GP LLC. East Harlem GP LLC is managed and controlled by Harlem Housing LLC. Linda Greenfield is the Vice President of Harlem Housing LLC.

6. The management and the day to day operations of East Harlem Property Holdings, LP are conducted by its general partner, East Harlem GP LLC.