LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

EAST HARLEM PROPERTY HOLDINGS, LP        Chapter 11
                                          Case No.:
        Debtor.
-----------------------------------------------------------x

## CORPORATE RESOLUTION

I, Linda Greenfield, as Vice President of the sole and managing member of the general partner of the above captioned Limited Partnership, do hereby certify that the following resolution was unanimously adopted on September 15, 2011:

"RESOLVED, that by reason of the Limited Partnership being unable to pay its debts as they mature, it is deemed expedient, necessary and in the best interests of the Limited Partnership, its shareholders and its creditors, that the Limited Partnership seek relief under Title 11 of the United States Code from such circumstance and condition, and that the Limited Partnership, acting by its Vice President of the sole and managing member of the general partner of East Harlem Property Holdings, LP, is hereby authorized, empowered and directed, subject to the provisions of the Limited Partnership's Certificate of Limited Partnership and/or Amended and Restated Limited Partnership Agreement to institute a proceeding pursuant to Title 11, United States Code (Chapter 11 of the Bankruptcy Code), and to retain the law firm of LaMonica Herbst & Maniscalco, 3305 Jerusalem Avenue, Wantagh, New York 11793, as counsel for the Limited Partnership in such proceedings, and to prepare, execute and deliver, in the name of the Limited Partnership, or cause to be prepared, executed and delivered in its name, any and all petitions, pleadings, schedules, financial statements, affidavits, proposals, plans, arrangements, agreements or instruments whatsoever, and make do and perform any and all other things whatsoever, all upon such terms and conditions deemed necessary, proper or appropriate in the discretion of the foregoing Vice President of the sole and managing member of the general partner to accomplish the foregoing purposes."

IN WITNESS WHEREOF, I have hereunto set my hand and seal of the Limited Partnership this 15th day of September 2011.

East Harlem Property Holdings LP

By:     East Harlem GP LLC
        General Partner

By:     Harlem Housing, LLC
        Sole & Managing Member

By:     _____
        Linda Greenfield, Vice President

TARA MICELI
Notary Public, State of New York
No. 01MI6164710
Qualified in Richmond County
Commission Expires April 30, 20__

Sworn to before me this
15th day of September 2011

_____
Notary Public