# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: gwhite | Date Created: 9/19/2011 |
| Case: 11−14368−jmp | Form ID: b9f | Total: 15 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | East Harlem Property Holdings, LP | 229 Linwood Avenue | Cedarhurst, NY 11516 | |
| ust | United States Trustee | 33 Whitehall Street | 21st Floor | New York, NY 10004 |
| aty | Adam P. Wofse | LaMonica Herbst &Maniscalco, LLP | 3305 Jerusalem Avenue, Suite 201 | Wantagh, NY 11793 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 |
| smg | United States Attorney | One St. Andrew's Plaza | Claims Unit − Room 417 | New York, NY 10007−1701 |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs − Devora Cohn | Brooklyn, NY 11201−3719 |
| 5649801 | Corporation Service Company | 2711 Centerville Road, Suite 400 | Wilmington, DE 19808 | |
| 5649802 | June Diamant | 229 Linwood Avenue | Cedarhurst, NY 11516 | |
| 5649803 | Margolin, Winer &Evens LLP | 400 Garden City Plaza | Garden City, NY 11530 | |
| 5649804 | Philips International Holding Corp | 295 Madison Avenue, 2nd Fl | New York, NY 10017 | |
| 5649805 | Robyn Tuerk | 205 E 78th Street, Apt 16T | New York, NY 10017 | |
| 5649806 | Steven Wasser | C/O Bank Of America Merrill Lynch | 214 North Tryon Street, NC1−027−15−01 | Charlotte, NC 28255 |
| 5649807 | Venable, LLP | Attn: Rishi Kapoor, Esq | Rockefeller Center | 1270 Avenue of the Americas, 25th Fl New York, NY 10020 |

TOTAL: 15