UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                              Chapter 11

EAST HARLEM PROPERTY HOLDINGS,                Case No.: 11-14368 (JMP)
LP,
                        Debtor.
-------------------------------------------------------X

## ORDER SCHEDULING CONFERENCE

In accordance with 11 U.S.C. § 105(d), it is hereby

ORDERED, that the Debtor is directed to appear at a case status conference to be held before the undersigned bankruptcy judge on October 26, 2011, at 10:00 a.m., in Room 601 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004; and it is further

ORDERED, that the Debtor shall provide a report at the status conference concerning (i) the progress of the case and (ii) means to bring the case to an expeditious and economical resolution; and it is further

ORDERED, that the status conference cannot be adjourned, except upon written order of the Court; and it is further

ORDERED, that the Debtor is directed to serve a copy of this order forthwith on all creditors and parties in interest in the case, and to file proof of service within three days thereafter; and it is further

ORDERED, that the failure to comply with this Order may result in sanctions, including the conversion or dismissal of this case.

Dated: New York, New York      *s/ James M. Peck*
       September 20, 2011       HONORABLE JAMES M. PECK
                                         UNITED STATES BANKRUPTCY JUDGE