**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Adam P. Wofse, Esq.
Jordan Pilevsky, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

EAST HARLEM PROPERTY HOLDINGS, LP      Chapter 11
                                           Case No. 11-14368 (JMP)


        Debtors.
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                         )ss:
COUNTY OF NASSAU     )

      CHRISTINE VITIELLO, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Massapequa Park, New York.

      On September 22, 2011, deponent served the **Order Scheduling Conference** by First Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

TO: See Annexed List                    *s/Christine Vitiello*
                                           CHRISTINE VITIELLO

Sworn to before me this
22^(nd) day of September, 2011

*s/Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2013

# SERVICE LIST

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

East Harlem Property Holdings, LP
229 Linwood Avenue
Cedarhurst, NY 11516

*Notices of Appearance:*

None.

*Interested Parties:*

ROSENBERG & ESTIS, P.C.
733 Third Avenue
New York, New York 10017
*Attorneys for Plaintiff*

STARR ASSOCIATES LLP
Board of Managers of The Royal
Stuyvesant Condominium
245 Fifth Avenue, Suite 1102
New York, New York 10016
*Attorneys for Defendant*

CORPORATION COUNSEL FOR THE
CITY OF NEW YORK - CITY OF NEW
YORK LAW DEPARTMENT
100 Church Street
New York, New York 10007
*Attorneys for Defendant HP D*

VENABLELLP
1270 Avenue of the Americas
New York, New York 10020
*Prior Attorneys for DDEH Defendants
Rockefeller Center*

Harvey Fishbein, Esq.
Receiver
111 Broadway, Suite 701
New York, NY 10006

NEWMAN FERRARA LLP
AU: Jonathan H. Newman/Glen Spiegal, Esqs.
1250 Broadway, 27th Floor
New York, New York 10001
*Attorneys for Receiver Harvey Fishbein*

*Creditors:*

Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

June Diamant
229 Linwood Avenue
Cedarhurst, NY 11516

Margolin, Winer & Evens LLP
400 Garden City Plaza
Garden City, NY 11530

Philips International Holding Corp
295 Madison Avenue, 2nd Fl
New York, NY 10017

Robyn Tuerk
205 E 78th Street, Apt 16T
New York, NY 10017

Steven Wasser
c/o Bank Of America Merrill Lynch
214 North Tryon Street, NC1-027-15-01
Charlotte, NC 28255

Venable, LLP
Attn: Julia A. Kiel, Esq
Rockefeller Center
1270 Avenue of the Americas, 25th Fl
New York, NY 10020

*Taxing Authorities:*

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

U.S. Environmental Protection Agency
Office of the Regional Counsel
Region 2 - New York/Caribbean Superfund
Branch
Attn: Douglas Fischer, Esq.
290 Broadway, 17th Floor
New York, NY 10007-1866

U.S. Department of Education
Bankruptcy Litigation Support
50 Beale Street, Suite 8629
San Francisco, CA 94105

U.S. Dept. of Health & Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

U. S. Department of Housing & Urban
Development
Office of Regional Counsel for NY/NJ
26 Federal Plaza, Room 3500
New York, NY 10278

NYS Dept. of Taxation & Finance
Bankruptcy Unit -TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

NYS Department of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300

Albany, NY 12205-5300
NYC Department of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs Division
Brooklyn, NY 11201-3719

NYC Department of Finance
Office of Legal Affairs (Parking Violations)
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

Internal Revenue Service/Insolvency Unit
290 Broadway, 5th Floor
New York, NY 10007

United States Attorney
One St. Andrew's Plaza
Claims Unit - Room 417
New York, NY 10007