# LAMONICA HERBST & MANISCALCO, LLP

SALVATORE LAMONICA
GARY F. HERBST†
JOSEPH S. MANISCALCO
DAVID A. BLANSKY
ADAM P. WOFSE¤

† ALSO ADMITTED IN CO
¤ ALSO ADMITTED IN NJ
‡ ALSO ADMITTED IN MA
* ALSO ADMITTED IN CT
⬦ ALSO ADMITTED IN CA

ATTORNEYS AT LAW
3305 JERUSALEM AVENUE
WANTAGH, NEW YORK 11793

PHONE (516) 826-6500
FACSIMILE (516) 826-0222

WWW.LHMLAWFIRM.COM

*MOVING FORWARD. STAYING AHEAD.*™

HOLLY RAI‡
JACQULYN S. LOFTIN
JORDAN C. PILEVSKY¤
MELANIE A. FITZGERALD*
RACHEL P. CORCORAN
CATHERINE M. SEWARD⬦

DONNA M. FIORELLI, OF COUNSEL
JOYCE GLASS, OF COUNSEL

October 18, 2011

**Via ECF**
Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1404

      **Re:** **East Harlem Property Holdings, LP**
            **Chapter 11**
            **Case No.: 11-14368-JMP**

Dear Judge Peck:

      This letter shall confirm that the (a) initial status conference, (b) motion to extending the Debtor's time to file Schedules and Statement of Financial Affairs and (c) motion directing Harvey Fishbein, Esq., as Receiver, and EH Property Management, Inc. to turn over all books and records related to the Debtor's Financial Affairs in the above-referenced case, presently scheduled for October 26, 2011, has been adjourned, on request of the Receiver, to **November 29, 2011 at 10:00 a.m.**

      Thank you for your courtesies.

                              Respectfully submitted,
                                 *s/Jordan Pilevsky*
                              Jordan Pilevsky

JP:cv

*M:\Documents\Company\Cases\East Harlem Property Holdings, LP\Letter to Peck re adjournment 11.29.11.doc*